UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| CORAL CAY CONDOMINIUM COUNCIL OF CO-OWNERS, INC., § § § § Plaintiff, § VS. § ROBERT E BLANKENSHIP, *et al*, § § § Defendants. § | CIVIL ACTION NO. 2:21-CV-96 |

## ORDER GRANTING MOTION TO REMAND

Pending before the Court is Plaintiff's Motion for Expedited Remand and Motion for Abstention D.E. 6. Defendant did not file a response to the motion. Local Rule 7 provides that failure to respond to a motion will be taken as a representation of no opposition. Therefore, the Court GRANTS Plaintiff's motion to remand. The action is remanded to County Court at Law No. 2 of Nueces County, Texas, the court from which it was removed.

ORDERED this 25th day of June, 2021.

*/s/ Nelva Gonzales Ramos*
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE